AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

RECEIVED OCT 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Scott Whittington

V.

United States Gvt.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER   1:06CV01591

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 09/13/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF' PRO SE (name and address)

Scott Whittington
P.O. Box 2147
Woodland, Washington 98674

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON
CLERK

SEP 13 2006
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 9-27-06 |
| NAME OF SERVER (PRINT) Kevin Davis | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered Mail #- RB639691042US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-27-06
　　　　　　　　Date　　　　　　Signature of Server

16300 SE Hwy 224 # 19
Damascus OR 97089
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**RECEIVED**

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

_____ District of _____ Columbia _____

Scott Whittington

V.

United States Gov T.

**SUMMONS IN A CIVIL ACTION**

CASE:

CASE NUMBER   1:06CV01591

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 09/13/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' ~~~~~ PRO SE  (name and address)

Scott Whittington
P.O. Box 2147
Woodland, Washington 98674

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON           SEP 13 2006
CLERK                                 DATE

_M. Higgins_
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  9-27-06 |
| NAME OF SERVER *(PRINT)*  Kevin Davis | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered Mail # - RB63969l039US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-27-06  
           Date                Kevin Davis  
                                Signature of Server

16300 SE Hwy 224 #19  
       Address of Server  
Damascus OR 97089

RECEIVED OCT 1 3 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

RECEIVED NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.