IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTT WHITTINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 1:06cv01591 (RJL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: November 13, 2006.

    Respectfully submitted,

    /s/ Jennifer L. Vozne
    JENNIFER L. VOZNE
    Trial Attorney, Tax Division
    U.S. Department of Justice
    P.O. Box 227
    Ben Franklin Station
    Washington, DC 20044
    Phone/Fax: (202) 307-6555/514-6866
    Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2021348.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on November 13, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>SCOTT A. WHITTINGTON
>*Plaintiff pro se*
>P.O. Box 2147
>Woodland, Washington 98674

>_/s/ Jennifer L. Vozne_
>JENNIFER L. VOZNE