# United States District Court
## IN THE DISTRICT OF COLUMBIA

Scott A. Whittington,

                Plaintiff,      Case No. 1:06cv01591 (RJL)

v.

United States

                Defendant.

### MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss. Defendant has raised numerous grounds for dismissal, and Plaintiff, untrained in law, needs additional time to fully and adequately respond to each ground set forth in defendants motion.

Plaintiff believes that an enlargement of 30 days will be sufficient.

Dated: DECEMBER 3RD, 2006



Scott A. Whittington

RECEIVED

DEC 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Whittington v. United States.      page 1 of 2 pages      Motion for Enlargement

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated DECEMBER 3RD, 2006

*[signature]*
Scott A. Whittington