# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SCOTT WHITTINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 1:06cv01591 (RJL) |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter my appearance as trial attorney for the United States in the above-caption ed proceeding.

DATED: January 24, 2007

Respectfully submitted,

/s/ BEATRIZ T. SAIZ
BEATRIZ T. SAIZ
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
Phone: (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## <u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon

the following individual(s) on January 25, 2007, by sending a copy by First Class mail,

postage prepaid, addressed as follows:

SCOTT A. WHITTINGTON
P.O. Box 2147
Woodland, Washington 98674

<u>/s/ Beatriz T. Saiz</u>
BEATRIZ T. SAIZ