UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SCOTT WHITTINGTON            )
                             )
        Plaintiff,           )
                             )
        v.                   )   No. 1:06-1591 (RJL)
                             )
UNITED STATES,               )
                             )
        Defendant.           )

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 12th, day of February, 2007, hereby

**ORDERED** that defendant's Motion to Dismiss [#5] is GRANTED and it is further

**ORDERED** that judgment is entered in favor of the defendant, and the case is DISMISSED.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge

